

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00570-CR

Jesse **NAJERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-4704
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 3, 2018.

Luz Elena D. Chapa, Justice